UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Laura Fielden, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**Antony J. Blinken, in his official capacity as Secretary of State, et al.**<br><br>Defendants. | Case No. 20-cv-409-EGS |

**NOTICE**

The parties in the above captioned matter completed briefing over Defendants' Motion to Dismiss (ECF No. 14) and Plaintiffs' Motion for Partial Summary Judgment (ECF No. 20), and both motions are now pending before the Court.

Since the parties had completed briefing over both motions, the State Department has elected to actively review its policies regarding at-birth citizenship for children born abroad in light of the new administration's priorities, which, in Defendants' view, could obviate the need for the Court to resolve the pending dispositive motions. Thus, Defendants propose that the parties file a joint status report within sixty (60) days to update the Court on any material developments which could impact the pending motions.

1

DATED: March 5, 2021                      Respectfully submitted,

                                                                    BRIAN BOYNTON
                                                                    Acting Assistant Attorney General

                                                                    ANTHONY COPPOLINO
                                                                    Deputy Branch Director

                                                                    */s/* Kuntal Cholera
                                                                    KUNTAL CHOLERA
                                                                    Trial Attorney
                                                                    United States Department of Justice
                                                                    Civil Division, Federal Programs Branch
                                                                    1100 L, NW Washington, DC 20005
                                                                    Tel.: (202) 305-8645
                                                                    Fax: (202) 616-8470
                                                                    Email: kuntal.cholera@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

*/s/* Kuntal Cholera

Kuntal V. Cholera
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

Attorney for Defendants